

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2017

No. 04-16-00609-CV

Jason Jeremy **MATTHEWS**,
Appellant

v.

Layna Marie **MATTHEWS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00535
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

The appellant's motion for temporary orders is hereby DENIED. The motion is not an appropriate request for relief from an appellate court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court